IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CV-00023-F

| | |
|---|---|
| JAMES T. JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| PUBLIC WORKS COMMISSION | ) |
| OF THE CITY OF FAYETTEVILLE, | ) |
| | ) |
| Defendant. | ) |

The court has been notified that the parties have reached a settlement in this matter. Accordingly, this action is DISMISSED without prejudice to either party to file a motion to reopen should settlement not be consummated on or before November 30, 2015. Unless a party files a motion to reopen, counsel are DIRECTED to file their Joint Stipulation of Dismissal on or before that date. SO ORDERED. This, the 30 day of September, 2015.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge